Patricia Barlow State Bar #135637
BARLOW LAW
1611 Jackson Street
San Francisco, California 94109
Ph (415) 977 1107 Fax (415) 977 1111
Mobile Ph. 415 971 9720
barlowairlaw@yahoo.com

Attorneys for Petitioner
**MATTHEW CHARLES MITCHELL**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| MATHEW CHARLES MITCHELL,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>THE 34th AMERICA's CUP ISAF APPOINTED AND APPROVED JURY SITTING AS AN ARBITRATION PANEL KNOWN AS "JURY CASE AC31" INCLUDING INDIVIDUAL ARBITRATORS DAVID TILLET, JOHN DOERR, JOSJE HOFLAND, GRAHAM MCKENZIE, and BRYAN WILLIS; ISAF (UK) LIMITED, a United Kingdom Registered Company<br>　　　　　Respondents<br><br>　　　　　Defendant. | In Admiralty<br><br>Case No. 15-cv-04044-DMR<br><br>**ADMINISTRATIVE MOTION REQUESTING A SEVEN DAY CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE SCHEDULED FOR JANUARY 6, 2016**<br><br>DATE: January 6, 2016<br>TIME: 1:30 p.m.<br>LOCATION: Courtroom 4<br>3rd Floor<br>U.S. District Court<br>1301 Clay Street<br>Oakland Ca. 94612<br><br>**Magistrate Judge Donna M. Ryu** |

　　COMES NOW, PETITIONER, MATTHEW CHARLES MITCHELL, through Counsel, submitting this Administrative Motion requesting a 7 day continuance to appear at the Case Management Conference scheduled for January 6th 2016 at 1.30 pm based on good cause, as follows:

There is no opposing counsel in this case at this time. This request is based on road safety. Petitioner's counsel is presently at her Truckee, California office and was planning on driving down to Oakland later today or tomorrow morning to attend the Case Management Conference in this case scheduled for 1.30 pm tomorrow, January 6, 2016. The weather in the Truckee/Tahoe area at the moment and expected to continue in to tomorrow, is that of a severe snow storm having snowed continuously for the last 10 hours, with low temperatures, high winds and virtually no visibility on the roads to drive safely. There is also ice on the roads under the snow layers which makes driving unsafe and treacherous. The weather has continued to deteriorate throughout today and this present storm is predicted by the weather forecasters to continue until Friday January 8th 2016. While Petitioner's counsel has a 4 wheel drive vehicle, this vehicle has 93,000 miles on the clock and the breaks can sometimes not function properly in the present conditions which counsel herself considers unsafe to drive in. Counsel feels it would be unsafe for her to drive to Oakland in these conditions and on this basis asserts this as a showing of good cause for this request for a continuance of her appearance at the Case Management Conference in this case until January 13th 2016 at 1.30 pm when counsel understands a further Case Management Conference calendar will be held.

Respectfully Submitted

Dated:  January 5, 2016

            BARLOW LAW


          BY: ____*Patricia Barlow*_____
             PATRICIA BARLOW
             Attorney for Petitioner,
             **MATTHEW CHARLES MITCHELL**

ADMINISTRATIVE MOTION RE CASE MANAGEMENT CONFERENCE
CONTINUANCE REQUEST

1

**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
(AS MODIFIED)

Having reviewed Petitioner's Administrative Motion and there being good cause showing, the Case Management Conference in this case is continued until January ~~13th~~ 20th 2016 at 1:30 pm. The Court is giving Plaintiff's Counsel permission to appear telephonically on January 20, 2016 at 1:30 pm. Plaintiff's counsel must follow the protocol set forth in the attached Notice re Telephonic Appearance Procedures for Magistrate Judge Donna M. Ryu.

SO ORDERED on January 5, 2016

_____
U.S. Magistrate Judge
Donna M. Ryu



IT IS SO ORDERED AS MODIFIED
Judge Donna M. Ryu

ADMINISTRATIVE MOTION RE CASE MANAGEMENT CONFERENCE
CONTINUANCE REQUEST

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ADMINISTRATIVE MOTION RE CASE MANAGEMENT CONFERENCE
CONTINUANCE REQUEST