UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW CHARLES MITCHELL,

Plaintiff,

v.

DAVID TILLETT, et al.,

Defendants.

Case No. 15-cv-04044-DMR

**ORDER RE UPDATED CASE MANAGEMENT STATEMENT**

By no later than January 13, 2016, Petitioner Matthew Charles Mitchell shall file an updated case management conference statement that specifically discusses why he has not yet served his petition on Respondents.

**IT IS SO ORDERED.**

Dated: January 6, 2016



Donna M. Ryu
United States Magistrate Judge